Elizabeth Gabrielle Bloch, Esq., Husch Blackwell, L.L.P., Austin, TX, Richard A. Illmer, Esq., Husch Blackwell, L.L.P., Dallas, TX, for Defendant–Appellee.

Before SMITH, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

U.S. Bank National Association was awarded summary judgment on its judicial-foreclosure claim against Ralph and Christina Huston. The Hustons appeal, claiming U.S. Bank's action is barred as a previously unasserted compulsory counterclaim. Having reviewed the briefs, the record, and the applicable law, and essentially for the reasons stated by the district court, *Huston v. U.S. Bank National Ass'n*, 988 F.Supp.2d 732 (S.D.Tex.2013), the judgment is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus Miguel MURILLO–RUIZ, Defendant–Appellant.**

**Nos. 14–50103, 14–50117**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 15, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Bradford W. Bogan, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, M. Carolyn Fuentes, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jesus Miguel Murillo–Ruiz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Murillo–Ruiz has filed a response. We have

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reviewed counsel's brief and the relevant portions of the records reflected therein, as well as Murillo–Ruiz's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.